**No. 10-8760. Guerry Wayne Hertz, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 920, 131 S. Ct. 1845, 179 L. Ed. 2d 778, 2011 U.S. LEXIS 2693.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 424.

**No. 10-8766. Norman Ed Roque, Petitioner v. California.**

563 U.S. 920, 131 S. Ct. 1819, 179 L. Ed. 2d 778, 2011 U.S. LEXIS 2773.

April 4, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-8771. Nekita Antonio White, Petitioner v. S. Jones, et al.**

563 U.S. 920, 131 S. Ct. 1820, 179 L. Ed. 2d 778, 2011 U.S. LEXIS 2781, ▬

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 711.

**No. 10-8775. Tyrone Taylor, Petitioner v. Jeffrey Woods, Warden.**

563 U.S. 920, 131 S. Ct. 1820, 179 L. Ed. 2d 778, 2011 U.S. LEXIS 2799.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8783. Ronald W. Edmond, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 920, 131 S. Ct. 1820, 179 L. Ed. 2d 778, 2011 U.S. LEXIS 2669.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8785. Gary D. Allen, Petitioner v. Michelle Gunn, et al.**

563 U.S. 921, 131 S. Ct. 1820, 179 L. Ed. 2d 778, 2011 U.S. LEXIS 2686.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 396 Fed. Appx. 132.

**No. 10-8789. James M. Blair, Petitioner v. Alaskan Copper and Brass Company.**

563 U.S. 921, 131 S. Ct. 1820, 179 L. Ed. 2d 778, 2011 U.S. LEXIS 2667, ▬

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 401 Fed. Appx. 228.